UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE DANIEL CASTILLO-ANTONIO, <br><br> Plaintiff, <br><br> v. <br><br> RM CHEVY'S LLC, et al., <br><br> Defendants. | Case No.  13-cv-04095-JST <br><br> **ORDER TO FILE STIPULATION OF DISMISSAL** <br><br> Re: Dkt. No. 19 |

The parties stated on the record on May 16, 2014, that they have settled this action. See ECF No. 19. Accordingly, all deadlines and hearings in this case are VACATED. By June 30, 2014, the parties shall file either a stipulation of dismissal or a one-page joint statement explaining why they failed to comply with this Order.

The Court also hereby SETS a case management conference on July 23, 2014 at 2:00 p.m., which will be automatically vacated if the stipulation of dismissal is timely filed.

Any continuance of the deadline set in this Order requires a showing of good cause. Failure to comply with that deadline may result in sanctions.

**IT IS SO ORDERED**.

Dated: May 19, 2014

JON S. TIGAR
United States District Judge