```
1   RICHARD MAC BRIDE, SB# 199695
    LAW OFFICES OF RICHARD A. MAC BRIDE
2   865 Marina Bay Parkway, Suite 43
    RICHMOND, CA 94804
3   Phone 415-730-6289
4   Fax 510-439-2786
5   Attorney for Plaintiff Jose Daniel Castillo-Antonio
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jose Daniel Castillo-Antonio,<br><br>  Plaintiff,<br><br>Vs.<br><br>RM Chevy's LLC dba Chevy's Restaurant, ACD Investments, Inc., and Does 1 to 50 inclusive,<br><br>  Defendants. | Case Number _____ 13-4095 __<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AND (Proposed) ORDER |

Plaintiff Jose Daniel Castillo-Antonio and Defendants RM Chevy's LLC dba Chevy's Restaurant and ACD Investments, Inc., by and through their respective attorneys of record, hereby stipulate as follows:

1. The Parties have entered into a Confidential Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice, each party to bear their own attorney fees and costs.

2. Accordingly, the Parties jointly request that the Court dismiss this action with prejudice.

Law Offices of Richard A. Mac Bride – By: Richard A. Mac Bride /s/ Richard A. Mac Bride

Attorney for Plaintiff Jose Daniel Castillo-Antonio


Sheppard Mullin – By: Alana R. Chimes, Esq. /s/ Alana R. Chimes

Attorney for Defendants RM Chevy's LLC dba Chevy's Restaurant and ACD Investments, Inc.

___

STIPULATION AND ORDER OF DISMISSAL – 13-4095

-1-

ORDER OF DISMISSAL WITH PREJUDICE

Having considered the parties' Confidential Stipulation of Dismissal with Prejudice, and for good cause appearing, it is hereby ORDERED:

1. That the action Jose Daniel Castillo-Antonio v. RM Chevy's LLC dba Chevy's Restaurant and ACD Investments, Inc., Case No. C-13-4095, is dismissed with prejudice, with each party to bear his or her or its own attorney's fees and costs.

Date: May 28, 2014

Jon S. ___
United ___

*IT IS SO ORDERED*
*Judge Jon S. Tigar*